UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY WOODRIDGE

VERSUS

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY

CIVIL ACTION

NO. 15-485-SDD-EWD

## RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Erin Wilder-Doomes dated July 14, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the decision of the Commissioner shall be reversed and this case shall be remanded for further proceedings consistent with this opinion.

Baton Rouge, Louisiana, August  10  , 2016.

*[signature]*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA